| Jamaica Station<br>Jamaica, NY 11435-4380<br>718 558-8254 Tel<br>718 657-9047 Fax | Phillip Eng<br>President | Paige Graves<br>Vice President, General Counsel & Secretary |



# Long Island Rail Road

September 18, 2020

9/21/2020
Discovery is extended for 90 days. The September 22nd conference is adjourned to December 9, 2020 at 11:45 AM.
SO ORDERED.

*Paul A. Crotty*

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
Judge Paul A. Crotty

    Re:    ***Frank Morfesi vs. Long Island Railroad Company***
            ***Docket No.:   20-cv-2310 (PAC) RWL)***
            ***Our File No.: JN-7033***

Dear Judge Crotty:

    We write today requesting an extension of time within which to complete discovery. Significant paper discovery exchange has been on-going since June of this year. However, defendant has received authorizations for the treating providers on September 15, 2020. Depositions were scheduled to be conducted on September 25, 2020, but defendant will need time to process these newly received authorizations and obtain the records of each of the treating providers. We sought consent from plaintiff's office, Flynn & Wietzke, today and did not receive a response and did not want to delay the filing of the motion.

    We therefore request an extension of ninety days (90) in order to obtain the relevant records, conduct depositions and designate and conduct the necessary independent medical examinations of the plaintiff. Additionally, we request the scheduled pre-trial conference be adjusted accordingly.

    Thank you in advance for your courtesy and understanding.

Yours etc.,
Paige Graves, Esq.
Vice-President, General Counsel & Secretary

By    *Thomas L. Chiofolo*
       Thomas L. Chiofolo, Esq.

cc:   Sean Constable, Esq.
       Flynn & Wietzke, PC

---

The agencies of the MTA
MTA New York City Transit     MTA Metro-North Railroad     MTA Capital Construction
MTA Long Island Rail Road     MTA Bridges and Tunnels     MTA Bus Company